In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-20-00022-CV**
_____

**LEONARD THOME, Appellant**

**V.**

**DOROTHY HAMPTON, Appellee**

_____

**On Appeal from the 136th District Court**
**Jefferson County, Texas**
**Trial Cause No. D-198,545**
_____

**MEMORANDUM OPINION**

Leonard Thome, M.D., the appellant, filed an unopposed motion to dismiss his appeal. *See* Tex. R. App. P. 42.1(a)(1). The appellant filed his motion to dismiss before we decided the appeal. The motion to dismiss is granted, and we order the appeal dismissed. *See id*. 43.2(f).

APPEAL DISMISSED.

PER CURIAM

Submitted on June 12, 2024
Opinion Delivered June 13, 2024

Before Horton, Johnson and Wright, JJ.

1